**Robert A. Cowden Jr.**                                    **Case No. 21-21902**

## <u>STATEMENT OF INCOME</u>

I, Donald R. Calaiaro, do hereby verify that the Debtor, Robert A. Cowden Jr. does not receive any paystubs.  He receives $1,347.00 monthly from Social Security.

Dated: August 27, 2021                         **BY:** <u>/s/ Donald R. Calaiaro</u>
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dclaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**